UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY MELLADO (1) ) <br> ) <br> Defendant. ) | Case No.: 22-CR-01704-JLS <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING |

**IT IS HEREBY ORDERED** that the joint motion to continue be granted and the motion hearing/trial setting in this matter now scheduled for October 21, 2022, be continued until December 9, 2022, at 1:30 p.m. For the reasons set forth in the Joint Motion, the Court finds the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: October 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge